**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

KRYSTLE WILLIAMS,

Defendant.

Case No. 5:26-po-00171-CDB

CVB Violation E2674529 / CA10

ORDER TO REFUND OVERPAYMENT

(Doc. 5)

Defendant Krystal Williams was issued Violation Notice E2674529 with a total collateral due of $230.00. (Doc. 1).

On August 28, 2026, the Court granted the motion of the United States of America to dismiss the violation. However, on September 4, 2026, after the case was closed, Defendant paid the collateral amount of $230.00.

Because Defendant overpaid on the collateral due given the dismissal of the citation, the Court HEREBY ORDERS that a refund be issued to Defendant in the amount of $230.00.

IT IS SO ORDERED.

Dated: **September 8, 2026**

UNITED STATES MAGISTRATE JUDGE